below upon the case, and for the reasons given by the Supreme Court, as reported in 3 Cowen's Reports, 210 to 220.

ALBANY,
Dec. 1825.
———
Forgey
v.
Sutliff.

*J. Duer* and *D. B. Ogden*, for the plaintiffs in error.

*G. Griffin* and *J. O Hoffman*, for the defendant in error.

---

Philip Forgey, plaintiff in error,
*against*
Sarah Sutliff, defendant in error.

The widow of an alien purchaser, under the statute, (2 R. L. 542,) takes her dower as purchaser, within the meaning of that act, according to *Sutliff v. Forgey,* 1 Cowen's Rep. 89 to 97.

On error from the Supreme Court. The action in that court was dower *unde nihil habet* by the present defendant against the plaintiff in error. And judgment was there for the demandant upon the case, and for the reasons given by the Supreme Court, as reported in 1 Cowen's Reports, 89 to 97.

*S. Stevens,* for the plaintiff in error.

*J. Crary,* for the defendant in error.

Sanford, Chancellor, and Colden, Senator, delivered opinions here, in which they concurred with the court below, that the demandant took her dower as purchaser within the meaning and construction of the act of 1802, (2 R. L. 542.) And the judgment of the Supreme Court was affirmed by the whole court ; except Lynde and Redfield, Senators, who were for reversal.

Judgment affirmed.